LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/18/2021\_\_\_

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

November 18, 2021

**Via ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Mendez et al v. Brickoven Pizzadelivery Inc. et al.*
            Case No. 1:21-cv-04567

Dear Judge Torres:

This office represents Plaintiffs in the above-referenced matter.

We respectfully submit this joint letter motion with Defendants requesting an adjournment of the Initial Pretrial Conference, scheduled for November 22, 2021.

Pursuant to the Court's Individual Rules, this is our first such request. The reason for the request is that the parties are finalizing an offer of judgment to be accepted in full resolution of this matter. Thus, the parties respectfully request that the Initial Pretrial Conference scheduled for November 22, 2021 be adjourned *sine die*.

We thank the Court for considering this request.

Respectfully Submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

      GRANTED.  The initial pretrial conference scheduled for November 22, 2021, is ADJOURNED *sine die.*

      SO ORDERED.

Dated: November 18, 2021
      New York, New York

ANALISA TORRES
United States District Judge