**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWIN MENDEZ and HERMELINDO LOPEZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiff, <br><br> -v- <br><br> BRICKOVEN PIZZADELIVERY INC., <br> d/b/a BRICKOVEN PIZZA 33, <br> TERRA E MARE, INC., <br> JOHN DOE CORPORATIONS 1-10, <br> RINO LACERRA, and <br> EMILIO LACERRA, <br><br> Defendants. | **Case No.**: 1:21-cv-04567 <br><br> **[PROPOSED]** <br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Brickoven Pizza Delivery, Inc., d/b/a Brickoven Pizza 33, Terra E Mare Inc., Rino Lacerra, and Emilio Lacerra (collectively, "Defendants"), having offered to allow Plaintiffs Edwin Mendez and Hermelindo Lopez (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty-Three Thousand Seven Hundred Fifty Dollars and No Cents ($23,750.00), inclusive of all of Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 6, 2021 and filed as Exhibit A to Docket Number 41;

**WHEREAS**, on December 8, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 41);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Edwin Mendez and Hermelindo Lopez, in the sum of Twenty-Three Thousand Seven

Hundred Fifty Dollars and No Cents ($23,750.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 6, 2021 and filed as Exhibit A to Docket Number 41.

**SO ORDERED:**

Dated: _____, 2021           _____
        New York, New York                                    U.S.D.J.