UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: __12/10/2021__ | |

EDWIN MENDEZ and HERMELINDO LOPEZ
on behalf of themselves, FLSA Collective
Plaintiffs, and the class,

                           Plaintiffs,

        -against-                                              21 Civ. 4567 (AT)

BRICKOVEN PIZZADELIVERY INC., d/b/a                        **ORDER**
BRICKOVEN PIZZA 33,
RINO LACERRA, and
EMILIO LACKERRA

                           Defendants.

ANALISA TORRES, District Judge:

        The Court is in receipt of the Plaintiffs' notice of acceptance of an offer of judgment.  ECF
Nos. 41, 42.  The Clerk of Court is directed to enter judgment consistent with this accepted offer of
judgment, terminate all pending hearings, and close the case.

        SO ORDERED.

Dated: December 10, 2021
        New York, New York

                                        _____
                                               ANALISA TORRES
                                        United States District Judge