**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWIN MENDEZ and HERMELINDO LOPEZ
on behalf of themselves, FLSA Collective
Plaintiffs, and the class,

                      Plaintiff,

        -against-

BRICKOVEN PIZZADELIVERY INC., d/b/a
BRICKOVEN PIZZA 33, RINO LACERRA, and
EMILIO LACKERRA

                      Defendants.
-----------------------------------------------------------X

21 **CIVIL** 4567 (AT)

**JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Brickoven Pizza Delivery, Inc., d/b/a Brickoven Pizza 33, Terra E Mare Inc., Rino Lacerra, and Emilio Lacerra (collectively, "Defendants"), having offered to allow Plaintiffs Edwin Mendez and Hermelindo Lopez (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty-Three Thousand Seven Hundred Fifty Dollars and No Cents ($23,750.00), inclusive of all of Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 6, 2021 and filed as Exhibit A to Docket Number 41;

      **WHEREAS**, on December 8, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 41), and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on December 10, 2021, having rendered its Order directing the Clerk of Court to enter judgment consistent with the accepted offer of judgment, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the

Court's Order dated December 10, 2021, that judgment is entered in favor of Plaintiffs Edwin Mendez and Hermelindo Lopez, in the sum of Twenty-Three Thousand Seven Hundred Fifty Dollars and No Cents ($23,750.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 6, 2021 and filed as Exhibit A to Docket Number 41.

**Dated:**  New York, New York
December 10, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
**BY:**
                                              **Deputy Clerk**